LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL (917) 974-1781
FAX (212) 208-2981

TEL (973) 648-6777
FAX (212) 208-2981



REPLY TO NEW JERSEY OFFICE

November 14, 2019

**ECF**
Hon. Denise L. Cote, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Assana Traore</u>
            Case No. 18 Cr. 201 (DLC)

Dear Judge Cote:

    On October 4, 2019, the Court sentenced Assan Traore to 20 months' incarceration following her conviction by plea. The Court directed Ms. Traore to surrender to a facility designated by the Bureau of Prisons ("BOP") by November 15, 2019. As of today, the BOP has not designated a facility. Given Ms. Traoroe's history of compliance on pretrial release and that Pretrial Services does not object, the defense respectfully requests that the Court adjourn Ms Traoire's surrender date another six weeks or until she is directed to surrender by the BOP.

*Granted,*
*/s/ Denise Cote*
*11/14/19*

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc:    Sugar Ravi, AUSA
       Francesca Tessier-Miller