```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA,              :
                                       :
              -v-                      :        18cr201 (DLC)
                                       :
ASSANA TRAORE,                         :            ORDER
                                       :
                    Defendant.         :
                                       :
---------------------------------------X
```

DENISE COTE, District Judge:

On August 22, 2020, Stephen Turano, Esq., former counsel for the defendant, requested that this Court reappoint him nunc pro tunc so that he may submit a Criminal Justice Act ("CJA") voucher for work performed in connection with the defendant's submissions to the Bureau of Prisons and prepared (but not filed) submission to this Court for compassionate release. Accordingly, it is hereby

ORDERED that Mr. Turano is reappointed nunc pro tunc for the purpose of submitting a CJA voucher for work performed in connection with the defendant's case.

Dated:    New York, New York
          August 25, 2020


_____
            DENISE COTE
     United States District Judge